993 A.2d 868

**Charmaine PRATER, Petitioner**

v.

**James McGARRITY, James McGarrity Law Firm, and Latrice Jamison, Respondents.**

**No. 171 EM 2009.**

Supreme Court of Pennsylvania.

March 30, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 30th day of March, 2010, the Petition for Extension of Time to File Petition for Review is **DENIED.**